No. 1119, Misc. LOVELL *v.* TENNESSEE. Sup. Ct. Tenn. Certiorari denied. *John F. Dugger* for petitioner. *George F. McCanless,* Attorney General of Tennessee, and *Robert F. Hedgepath,* Assistant Attorney General, for respondent.

No. 1006, Misc. BRUCE, PRESIDENT OF BRUCE'S JUICES, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 1152, Misc. BUSHAW *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 1163, Misc. JOHNSON *v.* LOUISVILLE & NASHVILLE RAILROAD Co. Ct. App. Ky. Certiorari denied. *Robert L. Milby* for petitioner. *Edwin R. Denney, W. L. Grubbs* and *Joseph L. Lenihan* for respondent.

No. 1197, Misc. TAYLOR *v.* CONNECTICUT. Sup. Ct. Err. Conn. Certiorari denied. *Jacob D. Zeldes* for petitioner.

No. 1301, Misc. HASHFIELD *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *Ferdinand Samper* and *Jack W. Broadfield* for petitioner. *John J. Dillon,* Attorney General of Indiana, and *Douglas B. McFadden,* Deputy Attorney General, for respondent.